IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WAYNE ARNETT, | CASE NO. CV-F-05-00223 AWI LJO |
| Plaintiff, | AMENDED ORDER TO PROCEED IN FORMA PAUPERIS |
| vs. | (Doc. 16.) |
| JANE A. WALTERS, et al., | |
| Defendants. / | |

Plaintiff Timothy Wayne Arnett ("plaintiff") is a federal prisoner and proceeds pro se in this action. Plaintiff has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this Court pursuant to 28 U.S.C. § 636(b)(1) and this Court's Local Rule 72-302.

Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis is GRANTED. 28 U.S.C. § 1915(a).

Pursuant to 28 U.S.C. § 1915(b)(1), enacted April 26, 1996, plaintiff is required to pay the statutory filing fee of $150 for this action.[1] Plaintiff claims to have paid an initial partial filing fee of $30 pursuant to 28 U.S.C. § 1915(b)(1). By separate order, the Court will direct the appropriate agency to collect the remainder of the filing fee from plaintiff's trust account and forward it to the clerk of this

---

[1] Based on when plaintiff filed his action, the statutory filing fee for all civil actions, except applications for writs of habeas corpus, is $150. *See* 28 U.S.C. § 1914(a).

1

1  Court. Plaintiff will be obligated for monthly payments of 20 percent of the preceding month's income
2  credited to plaintiff's trust account. These payments will be forwarded by the appropriate agency to the
3  clerk of the Court each time the amount in plaintiff's account exceeds $10, until the filing fee is paid in
4  full. 28 U.S.C. § 1915(b)(2).

5        Accordingly, this Court:

6        1.    GRANTS plaintiff's request for leave to proceed in forma pauperis;

7        2.    ORDERS plaintiff to pay the statutory filing fee of $150 for this action. All fees shall
8             be collected and paid in accordance with this Court's order to Lieutenant Joe Leon,
9             Fresno County Jail filed concurrently;

10       3.    VACATES its April 15, 2005 Order to Proceed In Forma Pauperis and Order to Collect
11            Filing Fee directed to Mike Adams, Warden, United States Penitentiary, Lompoc;

12       4.    ORDERS Mike Adams, Warden, United States Penitentiary, Lompoc or his designee to
13            collect no further amounts from plaintiff's trust account unless otherwise ordered to do
14            so by this Court;

15       5.    DIRECTS this Court's clerk to serve a copy of this order and a copy of plaintiff's in
16            forma pauperis affidavit on:

17            Mike Adams, Warden
           United States Penitentiary, Lompoc
18            3901 Klein Blvd.
           Lompoc, CA 93436; and
19

20       6.    DIRECTS the Clerk of this Court to serve a copy of this order on the Financial
21            Department, U.S. District Court, Eastern District of California, Fresno Division, 1130
22            "O" Street, Fresno, CA 93721.

23       IT IS SO ORDERED.

24 **Dated:   May 16, 2005**           /s/ Lawrence J. O'Neill
    66h44d                                 UNITED STATES MAGISTRATE JUDGE
25
26
27
28