**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY WAYNE ARNETT, | CASE NO. CV-F-05-0223 AWI LJO |
| Plaintiff, | **ORDER TO GRANT EXTENSION TO FILE OBJECTIONS** |
| vs. | (Doc. 18.) |
| JANE A. WALTERS, et al., | |
| Defendants. | |

On the basis of good cause, this Court:

1.   GRANTS plaintiff Timothy Wayne Arnett ("plaintiff") an extension up to June 23, 2005, to file objections to this Court's April 18, 2005 findings and recommendations to dismiss this action;

2.   DIRECTS this Court's clerk to mail a copy of plaintiff's complaint to plaintiff and addressed as follows:

Timothy Wayne Arnett
JID # 234137
Fresno County Jail
P.O. Box 872
Fresno, CA 93712; and

3.   ADMONISHES plaintiff that failure to comply with this order will result in a further recommendation to dismiss this action.

IT IS SO ORDERED.

**Dated:      May 18, 2005**                          **/s/ Lawrence J. O'Neill**
66h44d                                                  UNITED STATES MAGISTRATE JUDGE

1