IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WAYNE ARNETT,<br><br>            Plaintiff,<br><br>     vs.<br><br>JANE A. WALTERS, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. CV-F-05-0223 AWI LJO<br><br>**ORDER TO DENY EX PARTE APPLICATION FOR SUBPOENAS AND HEARING**<br>(Doc. 17.) |

On May 13, 2005, pro se prisoner plaintiff Timothy Wayne Arnett ("plaintiff") filed his ex parte application to seek issuance of subpoenas to a federal defender and for plaintiff's appearance at a May 23, 2005 hearing. This Court issued April 18, 2005 findings and recommendations to dismiss this action on grounds plaintiff's complaint fails to satisfy pleading requirements, fails to state viable claims against defendants, and an attempt at amendment is unwarranted based on the complaint's deficiencies, jurisdictional defects, immunities and defenses available to defendants, and plaintiff's apparent attempt to vex defendants. Moreover, pursuant to this Court's April 18, 2005 informational order, plaintiff is unable to engage in discovery until defendants file an answer, which appears unnecessary. As such, this Court DENIES plaintiff's application to issues subpoenas and to set a hearing.

IT IS SO ORDERED.

**Dated:    May 17, 2005**               /s/ Lawrence J. O'Neill
66h44d                                    UNITED STATES MAGISTRATE JUDGE

1