IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WAYNE ARNETT,<br><br>        Plaintiff,<br><br>   vs.<br><br>JANE A. WALTERS, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. CV-F-05-0223 AWI LJO<br><br>**ORDER TO GRANT SECOND EXTENSION TO FILE OBJECTIONS**<br>(Doc. 23.) |

     This Court issued its April 19, 2005 findings and recommendations to dismiss this action on grounds, among others, that the claims of plaintiff Timothy Wayne Arnett ("plaintiff"), a federal prisoner, are time barred. The findings and recommendations granted plaintiff up to May 23, 2005 to file objections to them. This Court's May 18, 2005 order granted plaintiff's requested extension to file objections no later than June 23, 2003. On June 20, 2005, plaintiff file another request for an extension up to August 29, 2005 to file objections on grounds that plaintiff prepares for an underlying criminal trial.

     Since the face of plaintiff's complaint reveals his claims are time barred, little would be gained to drag out his objections deadline for two months. Plaintiff has had more than two months to file objections and has demonstrated no good cause for the lengthy extension he seeks.

     As such, this Court GRANTS plaintiff an extension to July 7, 2005 to file objections to this Court's April 18, 2005 findings and recommendations to dismiss this action.

**This Court admonishes plaintiff that failure to comply with this order will support further grounds to recommend to dismiss this action.**

IT IS SO ORDERED.

**Dated:   June 20, 2005**                    /s/ Lawrence J. O'Neill
66h44d                                         UNITED STATES MAGISTRATE JUDGE