UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Fresno)

| | |
|---|---|
| TIMOTHY WAYNE ARNETT,<br><br>　　　　Plaintiff - Appellant,<br>v.<br><br>JANE A. WALTERS; et al.,<br><br>　　　　Defendants - Appellees. | No.  05-16888<br>D.C. No.  CV-F-05-00223-REC<br><br><br>**ORDER** |

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith   [X]

Explanation: action dismissed for failure to state a claim pursuant to 28 U.S.C. 1915(c)

_____
Judge
United States District Court

Date: Nov 7, 05